The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAMATAR ABDI,

    Plaintiff,

v.

AB CAR RENTAL SERVICES, INC., a Delaware corporation,

    Defendant.

Case No. 2:16-cv-00421 RSL

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND TEMPORARY STAY FOR 60 DAYS

Having reviewed the Parties' Stipulated Motion To Extend Temporary Stay For 60 Days requesting the temporary stay be extended to allow the Parties to continue to participate in settlement discussions, the Court grants the Stipulated Motion for the good cause shown within and orders as follows:

All litigation in this action is temporarily stayed for 60 days from entry of this order to enable the Parties to focus on and conduct early settlement efforts. Within 60 days of entry of this Order, the Parties shall file a status report with the Court informing the Court of the status of the Parties' efforts to resolve this matter. The trial date and all other deadlines in this matter

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND TEMPORARY STAY FOR 60 DAYS - 1
2:16-CV-00421-RSL

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

are hereby vacated.

IT IS SO ORDERED

DATED THIS 18st day of April, 2017.

_____
Hon. Robert S. Lasnik

PRESENTED BY:

BADGLEY MULLINS TURNER PLLC

s/Duncan C. Turner
Duncan Turner, WSBA #20597
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Email: duncanturner@badgleymullins.com
**Attorneys for Plaintiff**

LAW OFFICE OF DANIEL R. WHITMORE

s/Daniel R. Whitmor
Daniel R. Whitmore, WSBA No. 24012
2626 15th Avenue West, Suite 200
Seattle, WA 98119
Telephone: (206) 329-8400
Facsimile: (206) 329-84001
Email: dan@whitmorelawfirm.com
**Attorneys for Plaintiff**

LITTLER MENDELSON

s/Ryan P. Hammond
Ryan P. Hammond, WSBA No. 38888
Breanne Martell, WSBA No. 39632
Jeannie Bohlman, WSBA No. 42245
600 University Street, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-3300
Email: rhammond@littler.com
Email: bsmartell@littler.com
Email: jbohlman@littler.com
**Attorney for Defendant**

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND TEMPORARY STAY FOR 60
DAYS - 2
2:16-CV-00421-RSL

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686