The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAMATAR ABDI,<br><br>        Plaintiff,<br><br>v.<br><br>AB CAR RENTAL SERVICES, INC., a Delaware corporation,<br><br>        Defendant. | Case No. 2:16-cv-00421 RSL<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND TEMPORARY STAY FOR 60 DAYS |

Having reviewed the Parties' Stipulated Motion To Extend Temporary Stay For 60 Days requesting the temporary stay be extended to allow the Parties to continue to participate in settlement discussions, the Court grants the Stipulated Motion for the good cause shown within and orders as follows:

All litigation in this action is temporarily stayed for 60 days from entry of this order to enable the Parties to focus on and conduct early settlement efforts. Within 60 days of entry of this Order, the Parties shall file a status report with the Court informing the Court of the status of the Parties' efforts to resolve this matter.

IT IS SO ORDERED

DATED THIS 20th day of June, 2017.

_____
Hon. Robert S. Lasnik

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND TEMPORARY STAY FOR 60
DAYS - 1
2:16-CV-00421-RSL

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686