The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAMATAR ABDI,<br><br>    Plaintiff,<br><br>    v.<br><br>AB CAR RENTAL SERVICES, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 2:16-cv-00421 RSL<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND STAY FOR 30 DAYS |

Having reviewed the Parties' Stipulated Motion To Extend Stay For 30 Days requesting the stay be extended to allow the Parties to continue to participate in settlement discussions, the Court grants the Stipulated Motion for the good cause shown within and orders as follows:

All litigation in this action is stayed for 30 days from entry of this order to enable the Parties to focus on and conduct early settlement efforts.  Within 30 days of entry of this Order, the Parties shall file a status report with the Court informing the Court of the status of the Parties' efforts to resolve this matter.

IT IS SO ORDERED

DATED THIS 22nd day of Aug., 2017.

_____
Hon. Robert S. Lasnik

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND STAY FOR 30 DAYS - 1
2:16-CV-00421-RSL

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

PRESENTED BY:
BADGLEY MULLINS TURNER PLLC

*s/Duncan C. Turner*
Duncan Turner, WSBA #20597
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Email: duncanturner@badgleymullins.com
**Attorneys for Plaintiff**

LAW OFFICE OF DANIEL R. WHITMORE

*s/Daniel R. Whitmore*
Daniel R. Whitmore, WSBA No. 24012
2626 15th Avenue West, Suite 200
Seattle, WA 98119
Telephone: (206) 329-8400
Facsimile: (206) 329-84001
Email: dan@whitmorelawfirm.com
**Attorneys for Plaintiff**

LITTLER MENDELSON

*/s/Ryan P. Hammond*
Ryan P. Hammond, WSBA No. 38888
Breanne Martell, WSBA No. 39632
600 University Street, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-3300
Email: rhammond@littler.com
Email: bsmartell@littler.com
**Attorney for Defendant**

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND STAY FOR 30 DAYS - 2
2:16-CV-00421-RSL