The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAMATAR ABDI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AB CAR RENTAL SERVICES, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 2:16-cv-00421 RSL<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND STAY IN LIGHT OF NOTICE OF PRELIMINARY SETTLEMENT |

Having reviewed the Parties' Stipulated Notice of Preliminary Settlement and Motion To Extend Stay requesting the stay to be extended in light of the Parties' preliminary settlement, the Court grants the Stipulated Motion for the good cause shown within and orders as follows:

All litigation in this action is stayed until the Parties have filed their motion for approval of the settlement or until otherwise notified by the Parties of a need to lift the stay.

IT IS SO ORDERED

DATED THIS  25th  day of  Sept. , 2017.

_____
Hon. Robert S. Lasnik

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND STAY IN LIGHT OF NOTICE
OF PRELIMINARY SETTLEMENT - 1
2:16-CV-00421-RSL

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

PRESENTED BY:

LITTLER MENDELSON

*/s/Ryan P. Hammond*
Ryan P. Hammond, WSBA No. 38888
Breanne Martell, WSBA No. 39632
600 University Street, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-3300
Email: rhammond@littler.com
Email: bsmartell@littler.com
**Attorney for Defendant**

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND STAY IN LIGHT OF NOTICE
OF PRELIMINARY SETTLEMENT - 2
2:16-CV-00421-RSL

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300